1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN HENSHAW, et al.,** | **CASE NO. SACV 10-01392-CJC(RNBx)** |
| **Plaintiff,** | |
| **v.** | **NOTICE OF INTENT TO SCHEDULE THE CASE** |
| **HOME DEPOT USA, INC., et al.,** | |
| **Defendant.** | |

**TO ALL COUNSEL OF RECORD**, notice is hereby given that on February 18, 2011, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.  In scheduling the case, the Court will rely

upon the pleadings, as well as the Rule 26(f) report.  Counsel are referred to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 for the specific requirements of the report.  In addition, counsel are directed to provide the specific reasons for their selection of a particular discovery cutoff date.

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

DATED: December 6, 2010

CORMAC J. CARNEY
United States District Judge